# IN THE UNITED STATES DISTRICT COURT
# DISTRICT OF KANSAS

**Jane E. Linhart,**

      **Plaintiff,**

**v.**                                                                                  Case No. 20-2004-JWL

**Experian Information Solutions, Inc.**
**and Trans Union LLC,**

      **Defendants.**

## MEMORANDUM AND ORDER

Plaintiff filed a petition against defendants in state court alleging violations of the Fair Credit Reporting Act, 15 U.S.C. § 1681 et seq. Defendant Trans Union LLC, with the consent of defendant Experian Information Solutions, Inc., removed the case to this court. Defendant Trans Union LLC then moved to dismiss plaintiff's claim pursuant to Federal Rule of Civil Procedure 12(b)(6) or, in the alternative, for a more definite statement pursuant to Federal Rule of Civil Procedure 12(e) (doc. 9). On January 31, 2020, plaintiff filed an amended complaint as a matter of right pursuant to Federal Rule of Civil Procedure 15(a)(1)(B). Because defendant Trans Union LLC's motion is directed at the initial complaint, which is no longer the operative complaint, the court denies that motion as moot and without prejudice.

**IT IS THEREFORE ORDERED BY THE COURT THAT** defendant's motion to dismiss plaintiff's complaint (doc. 9) is **moot.**

**IT IS SO ORDERED.**

Dated this 5th day of February, 2020, at Kansas City, Kansas.

                                                      s/ John W. Lungstrum
                                                     John W. Lungstrum
                                                     United States District Judge